IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CLIFFTON W. BRIDGES                                                                                    PLAINTIFF

    v.    Civil No. 10-3107

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                     DEFENDANT

### J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 22nd day of February 2012.


             /s/ *J. Marschewski*
             HON. JAMES R. MARSCHEWSKI
             CHIEF UNITED STATES MAGISTRATE JUDGE